IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60298
Conference Calendar
_____

CLAUDIO AVALOS MIRAMONTES,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.


- - - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
INS No. A092 919 654
- - - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     As the petitioner has been deported, his petition for review

is DISMISSED.  8 U.S.C. § 1105a(c).

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.